John D. Bauersfeld (Calif. Bar 47,434)
jbauersfeld@fitcheven.com
Fitch, Even, Tabin & Flannery
Warner Center Towers
21700 Oxnard Street
Suite 1740
Woodland Hills, CA 91367
Telephone: 818.715.7025
Facsimile: 818.715.7033

Steven C. Schroer
scschr@fitcheven.com
Timothy P. Maloney
tpmalo@fitcheven.com
Jon A. Birmingham
jbirmi@fitcheven.com
Ted S. P. Li
TLi@fitcheven.com
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEAH IP LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PLAXO, INC., a Delaware corporation, COMCAST INTERACTIVE MEDIA, LLC, a Delaware corporation, and COMCAST CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. CV08-05036 SJO PLAx<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff, Cheah IP LLC ("Cheah IP"), complains against Defendants, Plaxo, Inc. ("Plaxo"), Comcast Interactive Media, LLC ("CIM") and Comcast Corporation ("Comcast") as follows:

## JURISDICTION AND VENUE

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §271 et seq. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338(a).

2. Venue is proper in this District pursuant to 28 U.S.C. §§1391(b), 1391(c) and 1400(b) because Defendants are subject to personal jurisdiction in this District, reside in, have regular and established places of business in, and/or have committed acts of infringement in this District.

## NATURE OF ACTION

3. This is an action for patent infringement pursuant to 35 U.S.C. §271. The Cheah IP patented technology relates to online systems and methods for controlled exchange and updating of profile information and related multi-media content via the Internet and for enabling direct communication via exchanged user profiles. Defendants provide online interactive address book and social networking systems that infringe the patented technology.

## THE PARTIES

4. Cheah IP is a limited liability company incorporated under the laws of the State of California with its principal place of business at 21700 Oxnard Street, Suite 1740, Woodland Hills, California 91367.

5. Upon information and belief, Plaxo is a corporation incorporated under the laws of the State of Delaware with its principal place of business at 203 Ravendale Drive, Mountain View, California 94043. Upon information and belief, Plaxo provides interactive online address book and social networking products and services to users

2
COMPLAINT

throughout the United States, is registered to do business in California, conducts business in California and in this District, and has committed acts of patent infringement in this District.

6. Upon information and belief, CIM is a corporation incorporated under the laws of the State of Delaware with its principal place of business at 1500 Market Street, Philadelphia, Pennsylvania 19102. Upon information and belief, CIM provides online media and operates interactive websites accessible by users throughout the United States, is registered to do business in California, conducts business in California and in this District, and has committed acts of patent infringement in this District. Upon information and belief, CIM is a wholly-owned subsidiary of Comcast.

7. Upon information and belief, Comcast is a corporation incorporated under the laws of the State of Delaware with its principal places of business at 1500 Market Street, Philadelphia, Pennsylvania 19102. Upon information and belief, Comcast, by itself and through its subsidiaries, affiliates and business partners, owns, operates and manages a variety of entertainment products and services throughout the United States, is registered to do business in California, conducts business in California and in this District, and has committed acts of patent infringement in this District.

8. Upon information and belief, Plaxo was recently acquired by Comcast, is directly or indirectly owned by Comcast, and has been merged into or otherwise combined with CIM, such that Plaxo, CIM and Comcast are alter egos of one another with respect to the matters alleged herein.

**FIRST CAUSE OF ACTION – INFRINGEMENT OF '546 PATENT**

9. On February 21, 2006, U.S. Patent No. 7,003,546 ("the '546 patent") entitled, "METHOD AND SYSTEM FOR CONTROLLED DISTRIBUTION OF CONTACT INFORMATION OVER A NETWORK" was duly and legally issued to Chris Cheah on an application filed on October 13, 1999, which claims filing priority back to October 13, 1998. Cheah IP currently owns all right, title and interest in the '546

patent. A copy of the '546 patent is appended as Exhibit A.

10. Plaxo, by itself, and through its subsidiaries, affiliates, agents and/or business partners has been, and is, infringing the '546 patent by making, using, offering to sell, selling and/or otherwise providing to end users software and services associated with the www.plaxo.com website incorporating the subject matter claimed in the '546 patent within the United States and within this District; and by contributing to the infringement by end user Plaxo members and others in this District and by inducing end user Plaxo members and others in this District to infringe the '546 patent.

11. Plaxo has also been, and is, directly infringing the '546 patent and contributing to and inducing the infringement by others, by making, using, offering to sell, selling and/or otherwise providing software and services via third parties, including CIM, who have integrated Plaxo functionality into their websites and related software and services.

12. Unless enjoined by the Court, Plaxo will continue to infringe, contribute to the infringement of and/or induce the infringement of the '546 patent.

13. CIM, by itself, and through its subsidiaries, affiliates, agents and/or business partners, has been, and is, infringing the '546 patent by making, using, offering to sell, selling and/or otherwise providing an online interactive address book supplied by Plaxo as part of CIM's Smartzone™ unified communications center incorporating the subject matter claimed in the '546 patent within the United States and within this District; and by contributing to the infringement by others and by inducing others to infringe the '546 patent.

14. Subsequent to the acquisition of Plaxo, CIM has been, and is, directly infringing the '546 patent by making, using, offering to sell, selling and/or otherwise providing software and services associated with the www.plaxo.com website incorporating the subject matter claimed in the '546 patent.

15. Unless enjoined by the Court, CIM will continue to infringe, contribute to the infringement of and/or induce the infringement of the '546 patent.

16. Comcast, by itself and through its subsidiaries, affiliates, agents and/or business partners, has been and is infringing the '546 patent by making, using, offering to sell, selling and/or otherwise providing products and services within the United States and this District incorporating the subject matter claimed in the '546 patent; and by contributing to the infringement by others and by inducing others to infringe the '546 patent. Comcast's acts of infringement, contributory infringement and/or inducement include, without limitation, directing and controlling the activities of Plaxo and CIM and incorporating products and services supported by Plaxo and CIM into products and services provided to Comcast's cable system subscribers and thereby enabling, facilitating and promoting the distribution of such products and services to others and otherwise encouraging others to use Plaxo and CIM products and services in ways that infringe the '546 patent.

17. Unless enjoined by this Court, Comcast will continue to infringe, contribute to the infringement of and/or induce infringement of the '546 patent.

18. Each Defendant's infringement, contributory infringement, and/or inducement to infringe the '546 patent has injured Cheah IP, and Cheah IP is entitled to recover damages adequate to compensate for such infringement pursuant to 35 U.S.C. §284.

19. Each of the Defendants' infringement, contributory infringement, and/or inducement to infringe the '546 patent has been willful and deliberate, and will continue to injure Cheah IP unless the Court enters an injunction prohibiting further infringement of the '546 patent.

**SECOND CAUSE OF ACTION – INFRINGEMENT OF '911 PATENT**

20. On October 2, 2007, U.S. Patent No. 7,277,911 ("the '911 patent") entitled, "METHOD AND SYSTEM FOR CONTROLLED DISTRIBUTION OF CONTACT

PROFILES OVER A NETWORK" was duly and legally issued to Chris Cheah on an application filed on June 28, 2005, which claims filing priority back to October 13, 1998. Cheah IP currently owns the '911 patent. A copy of the '911 patent is appended as Exhibit B.

21. Plaxo, by itself, and through its subsidiaries, affiliates, agents and/or business partners has been, and is, infringing the '911 patent by making, using, offering to sell, selling and/or otherwise providing to end users software and services associated with the www.plaxo.com website incorporating the subject matter claimed in the '911 patent within the United States and within this District; and by contributing to the infringement by end user Plaxo members and others in this District and by inducing end user Plaxo members and others in this District to infringe the '911 patent.

22. Plaxo has also been, and is, directly infringing the '911 patent and contributing to and inducing the infringement by others, by making, using, offering to sell, selling and/or otherwise providing software and services via third parties, including CIM, who have integrated Plaxo functionality into their websites and related software and services.

23. Unless enjoined by the Court, Plaxo will continue to infringe, contribute to the infringement of and/or induce the infringement of the '911 patent.

24. CIM, by itself, and through its subsidiaries, affiliates, agents and/or business partners, has been, and is, infringing the '911 patent by making, using, offering to sell, selling and/or otherwise providing an online interactive address book supplied by Plaxo as part of CIM's Smartzone™ unified communications center incorporating the subject matter claimed in the '911 patent within the United States and within this District; and by contributing to the infringement by others and by inducing others to infringe the '911 patent.

25. Subsequent to the acquisition of Plaxo, CIM has been, and is, directly infringing the '911 patent by making, using, offering to sell, selling and/or otherwise

providing software and services associated with the www.plaxo.com website incorporating the subject matter claimed in the '911 patent.

26. Unless enjoined by the Court, CIM will continue to infringe, contribute to the infringement of and/or induce the infringement of the '911 patent.

27. Comcast, by itself and through its subsidiaries, affiliates, agents and/or business partners, has been and is infringing the '911 patent by making, using, offering to sell, selling and/or otherwise providing products and services within the United States and this District incorporating the subject matter claimed in the '911 patent; and by contributing to the infringement by others and by inducing others to infringe the '911 patent. Comcast's acts of infringement, contributory infringement and/or inducement include, without limitation, directing and controlling the activities of Plaxo and CIM and incorporating products and services supported by Plaxo and CIM into products and services provided to Comcast's cable system subscribers and thereby enabling, facilitating and promoting the distribution of such products and services to others and otherwise encouraging others to use Plaxo and CIM products and services in ways that infringe the '911 patent.

28. Unless enjoined by this Court, Comcast will continue to infringe, contribute to the infringement of and/or induce infringement of the '911 patent.

29. Each Defendant's infringement, contributory infringement, and/or inducement to infringe the '911 patent has injured Cheah IP, and Cheah IP is entitled to recover damages adequate to compensate for such infringement pursuant to 35 U.S.C. §284.

30. Each of the Defendants' infringement, contributory infringement, and/or inducement to infringe the '911 patent has been willful and deliberate, and will continue to injure Cheah IP unless the Court enters an injunction prohibiting further infringement of the '911 patent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for:

1. Judgment that the '546 and '911 patents are valid, enforceable, and infringed by Plaxo, CIM and Comcast, and each of them;

2. Judgment that each Defendant's acts of patent infringement are willful;

3. Preliminary and permanent injunctions enjoining each Defendant, its officers, agents, servants, employees and those persons acting in active concert or participation with them, from engaging in the aforesaid unlawful acts of patent infringement;

4. A judgment awarding damages arising out of each Defendant's acts of patent infringement, together with pre- and post-judgment interest;

5. Judgment that the damages so adjudged be trebled in accordance with 35 U.S.C. §284;

6. An award of Plaintiff's attorneys' fees, costs and expenses incurred in this action in accordance with 35 U.S.C. §285; and

7. Such other and further relief as the Court may deem just and proper.

Dated: 7/31/08

John D. Bauersfeld (Calif. Bar 47,434)
*Attorney for Plaintiff, Cheah IP LLC*

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable of right by a jury.

Dated: 7/31/08

*[signature]*
John D. Bauersfeld (Calif. Bar 47,434)
*Attorney for Plaintiff, Cheah IP LLC*